07-8108

CIVIL, CLOSED

## U.S. District Court
### Eastern District of California - Live System (Sacramento)
### CIVIL DOCKET FOR CASE #: 2:07-cv-01608-GEB-KJM
### Internal Use Only

Smith et al v. Merck & Co., Inc.
Assigned to: Judge Garland E. Burrell, Jr
Referred to: Magistrate Judge Kimberly J. Mueller
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 08/07/2007
Date Terminated: 10/01/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

### Plaintiff

**Martin Smith**     represented by **Clifford Lee Carter**
Clayeo C. Arnold, A Professional Law Corporation
608 University Avenue
Sacramento, CA 95825
(916) 924-3100
Fax: (916) 924-1829
Email: cliff@ccalawcorp.com
*LEAD ATTORNEY*



I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: VICTORIA C. MINOR
Clerk, U.S. District Court
Eastern District of California
By _____ Deputy Clerk
Dated 10/1/07

### Plaintiff

**Julie Smith**     represented by **Clifford Lee Carter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**Merck & Co., Inc.**     represented by **Jeffrey Marc Tanzer**
Venable LLP (Los Angeles)
2049 Century Park East
Suite 2100
Los Angeles, CA 90067
(310) 229-9900
Fax: (310) 229-9901
Email: jtanzer@venable.com
*ATTORNEY TO BE NOTICED*

U.S. DISTRICT COURT FILED OCT 04 2007 S.D. OF N.Y.

| Date Filed | # | Docket Text |
|---|---|---|
| 08/07/2007 |  | (Court only) SUBMISSION of CREDIT CARD INFORMATION for |

| | | |
|---|---|---|
| | | Civil Complaint Filing Fee in the amount of $350.00; Type of Credit Card: American Express Name as it appears on Credit Card: Clifford L. Carter Contact Telephone Number: (916) 924-3100 Street: 608 University Avenue Zip code: 95825 Credit Card Number: xxxx-xxxx-xxxx-xxxx Expiration Date: xx/xx Security Code: xxx (Carter, Clifford) (Entered: 08/07/2007) |
| 08/07/2007 | 1 | COMPLAINT against Merck & Co., Inc. by Martin Smith, Julie Smith. Attorney Carter, Clifford Lee added. (Attachments: # 1 Civil Cover Sheet # 2 Summons)(Carter, Clifford) (Entered: 08/07/2007) |
| 08/07/2007 | 2 | (Court only) PROCESS CREDIT CARD (Kastilahn, A) (Entered: 08/07/2007) |
| 08/07/2007 | | RECEIPT number CAE200000209 for Civil Filing Fee from Clifford Carter for Martin and Julie Smith. (Kastilahn, A) (Entered: 08/07/2007) |
| 08/07/2007 | 3 | SUMMONS ISSUED as to *Merck & Co., Inc.* with answer to complaint due within *20* days. Attorney *Clifford L. Carter* *Clayeo C. Arnold. PLC* *608 University Ave* *Sacramento, CA 95825*. (Kastilahn, A) (Entered: 08/07/2007) |
| 08/07/2007 | 4 | CIVIL NEW CASE DOCUMENTS ISSUED;Initial Scheduling Conference set for 10/29/2007 at 09:00 AM in Courtroom 10 (GEB) before Judge Garland E. Burrell Jr.. (Attachments: # 1 Consent Forms # 2 VDRP Forms) (Kastilahn, A) (Entered: 08/07/2007) |
| 08/14/2007 | 5 | CERTIFICATE of SERVICE by Martin Smith, Julie Smith. (Carter, Clifford) (Entered: 08/14/2007) |
| 08/30/2007 | 6 | *DEFENDANT MERCK & CO., INC.'S* ANSWER to COMPLAINT with Jury Demand by Merck & Co., Inc.. Attorney Tanzer, Jeffrey Marc added.(Tanzer, Jeffrey) (Entered: 08/30/2007) |
| 10/01/2007 | 7 | MDL ORDER, CASE TRANSFERRED to the Southern District of New York. File, certified copy of transfer order, and docket sheet sent. CASE CLOSED. (Yin, K) (Entered: 10/01/2007) |