# United States District Court

Eastern District of California

MARTIN SMITH, JULIE SMITH

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

MERCK AND CO., INC. and DOES 1-25, inclusive

TO: (Name and address of Defendant)

MERCK & CO., INC.
CT Corporation System, Agent for Service
818 West Seventh Street
Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

CLAYEO C. ARNOLD
A PROFESSIONAL LAW CORPORATION
CLIFFORD L. CARTER, SBN 14921
KIRK J. WOLDEN, SBN 138902
608 UNIVERSITY AVENUE
SACRAMENTO, CA 95825

an answer to the complaint which is served on you with this summons, within  20  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                                     DATE

(By) DEPUTY CLERK

EDCAO440