UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

**OFFICE OF THE CLERK**
**501 "I" Street**
**Sacramento, CA 95814**

Southern District of New York
500 Pearl Street
New York, NY 10007

RE:        MARTIN SMITH vs. MERCK CO., INC.
USDC No.:   2:07−CV−01608−GEB−KJM

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated October 01, 2007 , transmitted herewith are the following documents.

**Electronic Documents: 1 to 7.**

    Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

Very truly yours,

**October 1, 2007**      /s/ **K. Yin**

Deputy Clerk

RECEIVED BY:

Please Print Name

DATE RECEIVED:

NEW CASE NUMBER: